**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| **ANTHONY CICATKO, JR.,** | ) |
| **Individually and on behalf of all** | ) |
| **others similiarly situated,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) **CLASS ACTION** |
| **v.** | ) **CAUSE NO.  3:15-cv-00025  JD-CAN** |
| | ) |
| **HARVEY INDUSTRIES LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL

Comes Now, Plaintiff, individually and on behalf of all others similarly situated

("Plaintiffs"), and Defendant and move this Court to dismiss this action pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(ii), with prejudice, each Party to bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| s/ Christopher S. Wolcott | s/  Stephen H Downs |
| Christopher S. Wolcott, Of Counsel | Stephen H. Downs |
| Philip J. Gibbons, Jr. | Mark A. Frantz |
| GIBBONS LEGAL GROUP PC | Tiede Metz & Downs Tany & Petruniw PC |
| 3091 East 98th Street, Suite 280 | 99 W Canal Street |
| Indianapolis, IN  46280 | Wabash, IN  46992 |
| Tel (317) 706-1100 | Tel (260) 563-7474 |
| Fax (317) 623-8503 | Fax (260) 563-7576 |
| chris@gibbonslegalgroup.com | sdowsn@wabashlaw.com |
| phil@gibbonslegalgroup.com | mfrantz@wabashlaw.com |

1